## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA MONROE DIVISION

| | | |
|---|---|---|
| **BUI, THI LY**<br>**Petitioner,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Lisa Bowen,** | ) | **Case No. 3:26CV0166** |
| **Richwood Correctional Center;** | ) | |
| | ) | **PETITION FOR WRIT OF** |
| **Mellissa Harper,** | ) | **HABEAS CORPUS** |
| **ICE New Orleans Field Office;** | ) | |
| | ) | |
| **Krist Noem,** | ) | |
| **Secretary of Homeland Security,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **Pam Bondi,** | ) | |
| **Attorney General of the United States** | ) | |
| | ) | |

### ORDER FOR ADMISSION PRO HAC VICE

IT IS ORDERED that Thomas Nguyen be and is hereby admitted to the bar of this Court pro hac vice on behalf of Thi Ly Bui in the above-described action.

SO ORDERED on this, the 17th day of February, 2026.

_Kayla De McClusky_
U.S. Magistrate Judge