**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**THI LY BUI**                                       **CIVIL ACTION NO. 26-0166**

                                                     **SECTION P**

**VS.**

                                                     **JUDGE JERRY EDWARDS, JR.**

**WARDEN RICHWOOD CORRECTIONAL**        **MAG. JUDGE KAYLA D. MCCLUSKY**
**CENTER, ET AL.**

## ORDER

Petitioner Thi Ly Bui,[1] a detainee at Richwood Correctional Center in the custody of the

Department of Homeland Security and the Bureau of Immigration and Customs Enforcement,

petitions the Court for a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner moves to

expedite review of her petition.  [doc. # 9].

        **THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil

Chief of the United States Attorney's Office for the Western District of Louisiana and grant her

access to the pleadings.

        **IT IS ORDERED** that Respondents file a response to the Petition within **21 days** from

the date of this Order.

        **IT IS FURTHER ORDERED** that Petitioner shall have **14 days** following the filing of

Respondents' response to file a reply.

        When the record is complete, the Court will determine the necessity of an evidentiary

hearing.

---

[1] Petitioner's "A-Number" is 221-387-502.

In Chambers, Monroe, Louisiana, this 8th day of April, 2026.


_____
Kayla Dye McClusky
United States Magistrate Judge