**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

THI LY BUI                                     CIVIL ACTION NO. 26-0166

                                               SECTION P

VS.

                                               JUDGE JERRY EDWARDS, JR.

WARDEN RICHWOOD CORRECTIONAL            MAG. JUDGE KAYLA D. MCCLUSKY
CENTER, ET AL.

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Thi Ly Bui's claim under *Zadvydas* is **DENIED AS PREMATURE** and **DISMISSED WITHOUT PREJUDICE** to her right to re-file the claim should her confinement become unconstitutional.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's remaining claims are **DENIED** and **DISMISSED WITH PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 5th day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE